**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:20cr100-MHT
                              )            (WO)
TAWASAKI LEONORDA WILLIAMS    )
```

**ORDER**

Based on the mental-health report (doc. no. 52) filed by defense counsel, it is ORDERED that a competency hearing is set for December 2, 2020, at 10:00 a.m.  The clerk of the court is to arrange for the hearing to be conducted by videoconferencing, with the defendant to participate.

DONE, this the 24th day of November, 2020.

                                           /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE