IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-cr-100-MHT |
| | ) | (WO) |
| TAWASAKI LEONARDA WILLIAMS | ) | |

## **AMENDED PRELIMINARY ORDER OF FORFEITURE**

Now pending before the court is the government's motion for an amended preliminary order of forfeiture filed on February 1, 2020 (doc. no. 76).

On December 17, 2020, the court entered a preliminary order of forfeiture (doc. no. 72) which directed forfeiture of a Springfield, model XDS, .45 caliber semi-automatic pistol, bearing serial number S3341260 and live ammunition.

On January 25, 2021, John Cowart Flournoy, Jr. timely petitioned the court for a forfeiture hearing, claiming ownership and right of possession to the firearm. *See* Petition to Claim Ownership of Property (doc. no. 74). The government acknowledges the ownership rights of Mr. Flournoy and agrees that the firearm should be returned to him by and through the Bureau of Alcohol, Tobacco and Firearms, Middle District of Alabama, Montgomery, Alabama.

Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the motion for an amended preliminary order of forfeiture (doc. no. 76) is granted as follows:

1. The Springfield, model XDS, .45 caliber semi-automatic pistol, bearing serial number S3341260 shall be returned to John Cowart Flournoy, Jr. through the Bureau of Alcohol, Tobacco and Firearms, Middle District of Alabama, Montgomery, Alabama.

2. The court has determined that the following property remains subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), that the defendant has an interest in

such property; and, that the United States has established the requisite nexus between such property and such offenses: live ammunition.

3.  The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

4.  The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 1st day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE