IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:20cr100-MHT
                              )             (WO)
TAWASAKI LEONORDA WILLIAMS    )
```

ORDER

It is ORDERED that movant John Cowart Flournoy, Jr.'s petition to claim ownership of property (doc. no. 74) is denied as moot in light of the amended preliminary forfeiture order (doc. no. 77) requiring that the firearm at issue be returned to him.

DONE, this the 16th day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE