**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:20cr100-MHT
                            )            (WO)
TAWASAKI LEONORDA WILLIAMS  )
```

**ORDER**

Based on the representations made on the record during the status conference on February 22, 2021, it is ORDERED that the <u>in-person</u> sentencing for defendant Tawasaki Leonorda Williams, currently set for February 25, 2021, is reset for March 5, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The U.S. Marshal is to arrange for the physical presence of defendant Williams.

DONE, this the 23rd day of February, 2021.

                            <u>/s/ Myron H. Thompson</u>
                            **UNITED STATES DISTRICT JUDGE**