IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-cr-00100-MHT |
| | ) | (WO) |
| TAWASAKI LEONARDA WILLIAMS | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on March 8, 2021.

On December 17, 2020, this court entered a preliminary order of forfeiture ordering defendant Tawasaki Leonarda Williams to forfeit his interest in a Springfield, model XDS, .45 caliber semi-automatic pistol bearing serial number S3341260, and live ammunition. (Doc. 72).

On January 25, 2021, John Cowart Flournoy Jr. ("Flournoy") filed a petition claiming ownership and right of possession to the firearm. (Doc. 74). The government acknowledges Flournoy's petition and ownership of the firearm.

On February 1, 2021, this court entered an amended preliminary order of forfeiture ordering the Springfield, model XDS, .45 caliber semi-automatic pistol, bearing serial number S3341260 be returned to John Cowart Flournoy, Jr. through the Bureau of Alcohol, Tobacco and Firearms, Middle District of Alabama, Montgomery, Alabama, and defendant Tawasaki Leonarda Williams to forfeit his interest in live ammunition. (Doc. 77).

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave the defendant notice

in the indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A). (Doc.1).

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between the property and such offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A).

Accordingly, it is ORDERED that the government's motion for a final order of forfeiture (Doc. 100) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **live ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

SO ORDERED, this the 10th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE