IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )          2:20cr100-MHT
                              )              (WO)
TAWASAKI LEONORDA WILLIAMS  )
```

## MENTAL-HEALTH ORDER

In accordance with the judgment of conviction entered this day, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a full mental-health evaluation of defendant Tawasaki Leonorda Williams by a licensed psychologist or psychiatrist, which should: (a) diagnose whether he suffers from any mental illnesses or substance-abuse disorders, including specifically whether he is suffering from Post-Traumatic Stress Disorder; (b) recommend appropriate treatment for any identified mental illnesses and substance-abuse disorders, and for any other emotional issues Williams may have in adjusting

from the prison environment back into society; (c) recommend any modifications to his supervision terms that would be helpful in light of his diagnoses; and (d) if he has a substance-abuse disorder, evaluate and discuss whether he is an appropriate candidate for Medication-Assisted Therapy (MAT).

(2) Arrange for defendant Williams to receive mental-health treatment, which shall include counseling at least twice per month, to address the issues described above. The court recommends MAT as a potential course of treatment if the evaluation finds that it is appropriate.

(3) File a report of the evaluation under seal with the court within 35 days of the beginning of supervision.

DONE, this the 15th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2