IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:20cr100-MHT
                            )            (WO)
TAWASAKI LEONORDA WILLIAMS  )
```

**ORDER**

The court now has before it the supervising probation officer's status report (Doc. 108) and Dr. Kale Kirkland's psychological evaluation of defendant Tawasaki Leonorda Williams (Doc. 110). While the court previously ordered that defendant Tawasaki Leonorda Williams should receive mental-health treatment at least twice per month while on supervised release (Doc. 104), Dr. Kirkland does not recommend any treatment at this time.

Accordingly, it is ORDERED that:

(1) Defendant Tawasaki Leonorda Williams is no longer required to undergo mental-health treatment

unless his supervising probation officer determines it is warranted in the future; and

    (2) The court will take no further action at this time.

    DONE, this the 9th day of February, 2026.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE